# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE STATE OF ARIZONA

———————————————

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

**JOSEPH E. COTTERMAN**

*was on the 26th day of October, 1991 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; during the past 10 years, this attorney has had discipline imposed upon him in the form of Probation, Costs and Admonition on January 29, 2014, and that his name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.*

*Given under my hand and the seal of said Court this 25th of February, 2022*

*TRACIE K. LINDEMAN, Clerk*

*By* _____
*Liz Gomez*
*Deputy Clerk III*