OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

L. Jefferson Davis, IV  
Clerk of Court

DISTRICT OF SOUTH CAROLINA  
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE  
1100 LAUREL STREET  
COLUMBIA, SOUTH CAROLINA 29201-2423

TELEPHONE (803)765-5436  
www.scb.uscourts.gov

DATE:   October 20, 2022

TO:   Benjamin R. Mathews  
and Benjamin R. Matthews & Assoc.  
Joseph E. Cotterman  
JOSEPH E. COTTERMAN, PLLC  
5232 West Oraibi Drive  
Glendale, AZ 85308

Daniel E. Garrison  
PROTEGO LAW, PLLC  
1805 N. Scottsdale Rd., Ste. 100  
Tempe, AZ 85281

John P. Fitzgerald, III,  
Acting United States Trustee, Region 4  
Linda Barr, Trial Attorney  
Office of the United States Trustee  
1835 Assembly Street, Suite 953  
Columbia, SC 29201

RE:   Charles Pernell Prophet and  
Shirley Ann Prophet, 20-03131

Pursuant to Federal Rule of Bankruptcy Procedure 8003, this letter is to notify you that a notice of appeal in the above-referenced case was filed in this Court on October 19, 2022. A copy of that notice along with a copy of the judgment, order, or decree of this Court which has been appealed is included with this letter. In deciding what action to take in response to this appeal, it may be helpful to review Part VIII of the Federal Rules of Bankruptcy Procedure, which governs the procedure on an appeal from a judgment, order, or decree of a bankruptcy court.

Federal Rule of Bankruptcy Procedure 8009 sets forth the procedure and deadlines for designating the record on appeal. If you need to order transcripts, a Transcript Order Form AO435 is available through the Court's website, www.scb.uscourts.gov.

The record on appeal will be transmitted from this office to the Clerk of Court for the United States District Court for the District of South Carolina, upon completion, pursuant to Federal Rule of Bankruptcy Procedure 8010. Parties to the appeal will receive notice once the record on appeal is received by the District Court. Typically, an appeal and the associated record on appeal are transmitted to the District Court within thirty (30) days from the final designation of the record on appeal and the receipt of any requested transcript.

At the request of the Clerk of Court for the United States District Court for the District of South Carolina, parties to this appeal are hereby advised that any designation of the record must contain a statement as to whether or not there is, or ever has been, an appeal to the District Court in any <u>related case or adversary proceeding</u>.

L. Jefferson Davis, IV, Clerk of Court
United States Bankruptcy Court

BY: _____
D. Woods, Deputy Clerk

Enclosures

cc:   Benjamin R. Matthews and Benjamin R. Matthews & Assoc.
      United States Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Charles Pernell Prophet and<br>Shirley Ann Prophet,<br><br>Debtors. | Case No. 3:20-03131-dd<br><br>Chapter 7 |
| In re:<br><br>Steven Rosenschein,<br><br>Debtor. | Case No. 2:20-03171-dd<br><br>Chapter 7 |
| In re:<br><br>Christine Marie Naughton,<br><br>Debtor. | Case No. 20-03293-dd<br><br>Chapter 7 |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**PART 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Benjamin R. Matthews and Benjamin R. Matthews & Assoc.

2. Position of Appellant in the bankruptcy case that is the subject of appeal: Counsel to Debtors.

   For appeals in an adversary proceeding.
   adversary proceeding.
   __ Plaintiff
   __ Defendant
   __ Other (describe) _____

   For appeals in a bankruptcy case
   and not in an adversary proceeding.
   __ Debtor
   __ Creditor
   __ Trustee
   X Other: Counsel to Debtors

**PART 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   In re Prophet, Case No. 3:20-03131-dd, "Amended Order" entered at ECF Docket number 93, October 6, 2022;

In re Rosenschein, Case No. 2:20-03171-dd, "Amended Order" entered at ECF Docket number 80, October 6, 2022;

In re Naughton, Case No. 2:20-03293-dd, "Amended Order" entered at ECF docket number 77, October 6, 2022.

2. State the date on which the judgment, order, or decree was entered: October, 6, 2022 as to all orders.

**PART 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Benjamin R. Mathews
   and Benjamin R. Matthews & Assoc.    Attorney: Joseph E. Cotterman
   JOSEPH E. COTTERMAN, PLLC
   5232 West Oraibi Drive
   Glendale, AZ 85308
   Tel: (480) 353-0540
   joe@jeclaw.us

   Daniel E. Garrison
   PROTEGO LAW, PLLC
   1805 N. Scottsdale Rd., Ste. 100
   Tempe, AZ 85281
   Tel: (480)504-6840
   dan@protegolaw.com

2. Party: John P. Fitzgerald, III,
   Acting United States Trustee, Region 4    Attorney: Linda Barr, Trial Attorney
   Office of the United States Trustee
   1835 Assembly Street, Suite 953
   Columbia, SC 29201
   (803)765-5219
   linda.k.barr@usdoj.gov

////

////

////

////

////

**PART 4: Optional election to have the appeal heard by the District Court (applicable only in certain districts)**

Appellants elect to have these consolidated appeals heard by the District Court.

RESPECTFULLY SUBMITTED October 19, 2022.

| | |
|---|---|
| /s/ Benjamin R. Matthews | /s/ Joseph E. Cotterman |
| Benjamin R. Matthews (SC Dist. Ct. No. 3332) | Joseph E. Cotterman, AZ Bar 013800 |
| | *admitted Pro hac vice* |
| Benjamin R. Matthews & Assoc. | JOSEPH E. COTTERMAN, PLLC |
| 2010 Gadsden St. | 5232 West Oraibi Drive |
| Columbia, SC 29201 | Glendale, AZ 85308 |
| Tel: (803) 799-1700 | Tel: (480) 353-0540 |
| benrusmat@gmail.com | joe@jeclaw.us |

## CERTIFICATE OF MAILING

This is to certify, under penalty of perjury, that on October 19, 2022, the foregoing was electronically filed and emailed to those parties in interest set forth below.

Linda K. Barr, Trial Attorney
Office of the United States Trustee
linda.k.barr@usdoj.gov

/s/ Joseph E. Cotterman
Joseph E. Cotterman, AZ Bar 013800
*Admitted pro hac vice*