UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Charles Pernell Prophet and Shirley Ann Prophet

Debtor(s).

CHAPTER 7
CASE NO: 20-03131-DD

TRANSMITTAL OF RECORD ON APPEAL

**FILED**

NOV 1 6 2022

United States Bankruptcy Court
Columbia, South Carolina

To: The Honorable Robin L. Blume, Clerk of the United States District Court, District of South Carolina

Pursuant to Bankruptcy Rule 8010, I hereby transmit the following record on appeal:

| **Docket #:** | **Date Filed:** | **Description:** |
| --- | --- | --- |
| 1 | 8/3/2020 | Chapter 7 Voluntary Petition |
| 14 | 8/14/2020 | Schedules |
| 22 | 9/25/2020 | Motion for Review of Attorney Conduct |
| 25 | 10/2/2020 | Amended Disclosure of Compensation |
| 35 | 11/11/2020 | Response to Motion |
| 42 | 12/8/2020 | Joint Statement of Dispute |
| 50 | 3/29/2021 | Order on Motion for Review of Attorney Conduct |
| 55 | 4/12/2021 | Notice of Appeal to District Court |
| 56 | 4/13/2021 | Notice of Appeal Letter |
| 60 | 4/26/2021 | Appellant Designation of Contents for Inclusion |
| 61 | 5/4/2021 | Appellee Designation of Contents for Inclusion |
| 67 | 6/24/2021 | Order on Motions for Review of Attorney Conduct |
| 68 | 6/25/2021 | Motion to Stay Pending Appeal |
| 72 | 7/12/2021 | Objection to Motion to Stay Pending Appeal |
| 74 | 7/27/2021 | Consolidated Order Denying Motion to Stay Pending |
| 79 | 3/14/2022 | Order and Judgment from District Court |
| 80 | 4/19/2022 | Correspondence on Remanded Issues |
| 81 | 4//20/2022 | Correspondence Re: Remand |
| 82 | 4/22/2022 | Text Order on Supplemental Briefs |
| 84 | 5/19/2022 | Brief/Memorandum |
| 85 | 5/19/2022 | Brief/Memorandum |
| 92 | 10/5/2022 | Order on Remand for Review of Attorney Conduct |
| 93 | 10/6/2022 | Amended Order on Remand on Motion for Review |
| 96 | 10/19/2022 | Notice of Appeal to District Court re: Amended Order |
| 97 | 10/20/2022 | Notice of Appeal Letter Sent |
| 99 | 11/2/2022 | Appellant Designation of Contents |

**EXHIBITS:**

UST Exhibit's 1, 3 – 17 and Attorney's Exhibit A – admitted at hearing on 2/4/2021.
(*Not docketed on CM/ECF).

**Transcripts:**

| | | |
|---|---|---|
| 58 | 4/26/2021 | Transcript of Hearing Held 2/4/2021 |
| 59 | 4/26/2021 | Transcript of Hearing Held 2/17/2021 |

I, D. Lee, hereby certify that, to the best of my knowledge, the transmitted copies are true and correct copies of the record and proceedings on file in the office of the Clerk, U.S. Bankruptcy Court, in the above-captioned action.



L. Jefferson Davis, IV, Clerk of Court
United States Bankruptcy Court

BY: *Debbie Lee*
D. Lee, Appeals Clerk

Columbia, South Carolina

November 16, 2022

Parties to appeal are:
For Appellant:
Benjamin R. Matthews
Joseph E. Cotterman
5232 West Oraibi Drive
Glendale AZ  85308

For Appellee:
John P. Fitzgerald III
Acting United States Trustee Region 4
Linda Barr
Office of US Trustee
1835 Assembly Street Suite 953
Columbia SC